# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

DARETHA BRAZIEL, et al,

    Plaintiffs,

v.

Case No. 21-cv-960
Hon. Janet T. Neff

GOVERNOR GRETCHEN WHITMER, et al,

    Defendants.

---

## STIPULATED ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT

This matter having come before the Court upon the stipulation of the parties and the Court being otherwise fully advised on the premises;

IT IS HEREBY ORDERED that Defendants Marcus Muhammad, Michael O'Malley, Darwin Watson, Ellis Mitchell, City of Benton Harbor, and Benton Harbor Water Department shall have until April 25, 2022 to file a response to Plaintiffs' complaint.

        /s/ Janet T. Neff
        Hon. Janet T. Neff
        United States District Judge

Dated: February 23, 2022

Stipulated and agreed:

| | |
|---|---|
| /s/Carl R. Edwards (w/consent) | /s/Thomas J. Rheaume, Jr. |
| Alice B. Jennings (P29064) | Thomas J. Rheaume, Jr. (P74422) |
| Carl R. Edwards (P24952) | Alexandra C. Markel (P81705) |
| Edwards & Jennings, P.C. | Bodman PLC |
| 3031 West Grand Blvd., Ste. 435 | 6th Floor at Ford Field |
| Detroit, MI 48202 | 1901 St. Antoine Street |
| (313) 961-5000 | Detroit, MI 48226 |
| ajennings@edwardjennings.com | (313) 259-7777 |
| cedwards@edwardsjennings.com | trheaume@bodmanlaw.com |
| *Attorneys for Plaintiff* | amarkel@bodmanlaw.com |

Dated: February 22, 2022

*Attorneys for Defendants Marcus Muhammad, Michael O'Malley, Darwin Watson, Ellis Mitchell, City of Benton Harbor, and Benton Harbor Water Department*

Dated: February 22, 2022

4858-3511-5792.v1