UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

DARETHA BRAZIEL, et al,

      Plaintiffs,

GOVERNOR GRETCHEN WHITMER, et al,

      Defendants.

Case No. 21-cv-960

Hon. Janet T. Neff

**STIPULATED ORDER FOR EXTENSION OF TIME FOR DEFEDANT ELHORN ENGINEERING COMPANY TO RESPOND TO PLAINTIFFS' COMPLAINT**

This matter having come before the Court upon the stipulation of the Plaintiffs and Defendant Elhorn Engineering Company, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Defendant Elhorn Engineering Company shall have until April 25, 2022 to file a response to Plaintiffs' complaint.

Dated:  February 24, 2022

/s/ Janet T. Neff
Hon. Janet T. Neff
United States District Court Judge

[Stipulation on page 2]

Stipulated and agreed:

| | |
|---|---|
| /s/ Carl R. Edwards (with permission) | /s/ Kelly E. Kane |
| Alice B. Jennings (P29064) | Matthew T. Smith (P46754) |
| Carl R. Edwards (P24952) | Michael J. Pattwell (P72419) |
| Edwards & Jennings, PC | Kelly E. Kane (P81912) |
| 3021 West Grand Blvd, Ste 435 | Clark Hill PLC |
| Detroit, MI 48202 | 313 East Cesar E. Chavez Ave |
| (313)961-5000 | Lansing, MI 48906 |
| ajennings@edwardjennings.com | (517)318-3100 |
| cedwards@edwardsjennings.com | msmith@clarkhill.com |
| Attorneys for Plaintiff | mpattwell@clarkhill.com |
| | Attorneys for Defendant Elhorn Engineering Company |
| Dated: February 22, 2022 | Dated: February 22, 2022 |