UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARETHA BRAZIEL, et al.,

      Plaintiffs,                    Case No. 1:21–cv–960

v.                                 Hon. Janet T. Neff

GRETCHEN WHITMER, et al.,

      Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:   August 30, 2022   09:30 AM
Magistrate Judge:   Phillip J. Green
Place/Location:   499 Federal Building, Grand Rapids, MI

*The purpose of this status conference is to streamline these cases going forward in the litigation process in the most expeditious manner. In an effort to be as efficient as possible, one attorney per client will be permitted to speak on behalf of each client at this hearing.*

                                   PHILLIP J. GREEN
                                   U.S. Magistrate Judge

Dated:  July 27, 2022       By:   /s/ Angie L. Doezema
                                           Courtroom Deputy