UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DARETHA BRAZIEL, individually and as Next Friend for minors R.B., D.B., and D.R, et al.,

    Plaintiffs,

v.

GOVERNOR GRETCHEN WHITMER, et al.,

    Defendants.
_____/

Hon. Hala Y. Jarbou
Hon. Phillip J. Green

Case No. 1:21-cv-0960


DWAYNE GRANT, individually and as Next Friend for D.G, et al.,

    Plaintiffs,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,

    Defendants.
_____/

Hon. Hala Y. Jarbou
Hon. Phillip J. Green

Case No. 1:22-cv-0186

**ORDER**

These two matters are before the Court on the parties' stipulated requests to extend the deadlines for filing motions to dismiss.[1] (1:21-cv-960, ECF No. 137; 1:22-cv-186, ECF No. 81).  Having found good cause on the basis of the filing of the amended complaint in *Grant v. U.S. Environmental Protection Agency* (1:22-cv-186, ECF No. 75), the requests are **GRANTED**.  Accordingly,

**IT IS ORDERED** that Defendants shall, no later than December 16, 2022, file their motions to dismiss.

**IT IS FURTHER ORDERED** that Plaintiffs shall file their respective responses to the motions no later than January 13, 2022.

**IT IS FURTHER ORDRED** that Defendants may file reply briefs no later than January 27, 2022.

The parties are advised that further requests for extension of time will be disfavored.  Further, in light of the extended briefing schedule,

**IT IS FURTHER ORDERED** that the status conference, scheduled for January 19, 2023, is adjourned to **February 16, 2023, at 9:00 a.m.**

   **IT IS SO ORDERED.**

Date: November 30, 2022            /s/ Phillip J. Green
                                   PHILLIP J. GREEN
                                   United States Magistrate Judge

---

[1] The parties used a combined case caption that included not only the two cases captioned here, but the caption in the *Mitchell, et al. v. City of Benton Harbor, et al.*, Case No. 1:22-cv-0475-HYJ, case as well.  The parties are directed to treat that matter as a separate case for all purposes, as there is no intention to consolidate that matter with the two putative class actions.