**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| DARETHA BRAZIEL, et al, | Case No. 21-cv-00960-HYJ-PJG |
| Plaintiffs, | Hon. Hala Y. Jarbou |
| v. | Magistrate Judge Phillip J. Green |
| GOVERNOR GRETCHEN WHITMER, et al, | |
| Defendants. | |

And

| | |
|---|---|
| DWAYNE GRANT, et al, | Case No. 22-cv-00186-HYJ-PJG |
| Plaintiffs, | |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al, | |
| Defendants. | |

And

| | |
|---|---|
| IESHA MITCHELL, Guardian and Next Friend of A.M., et al Plaintiffs, | Case No. 22-cv-00475-HYJ-PJG |
| v. | |
| CITY OF BENTON HARBOR, et al, | |
| Defendants; | |

**DEFENDANTS THE CITY OF BENTON HARBOR, MARCUS MUHAMMAD,
MICHAEL O'MALLEY, DARWIN WATSON, AND ELLIS MITCHELL'S
<u>MOTION TO DISMISS ON OTHER ISSUES</u>**

Defendants The City of Benton Harbor, Marcus Muhammad, Michael O'Malley, Darwin

Watson, and Ellis Mitchell (together, the "City Defendants"), by their undersigned counsel, submit

this motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) related to issues aside from those of sovereign immunity and qualified immunity.[1] In support of their motion, the City Defendants rely upon the authorities and arguments set forth in the incorporated brief, as well as all exhibits and attachments.

The City Defendants presented the bases of this motion to the Plaintiffs in their requests for pre-motion conferences, and, as set forth in the responses to those requests, the Plaintiffs do not concur in the relief sought.

                                                          Respectfully submitted,

                                                          BODMAN PLC

                                                          By: *Thomas J. Rheaume, Jr.*
                                                              Thomas J. Rheaume, Jr. (P74422)
                                                              Alexandra C. Markel (P81705)
                                                               6th Floor at Ford Field
                                                               1901 St. Antoine Street
                                                               Detroit, Michigan  48226
                                                               313-259-7777
                                                               trheaume@bodmanlaw.com
                                                               amarkel@bodmanlaw.com
                                                               Attorneys for City Defendants

December 16, 2022

---

[1] Pursuant to this Court's Omibus Order dated October 20, 2022, the City Defendants have concurrently submitted an omnibus motion to dismiss pursuant to Rule 12(b)(6) on issues of qualified immunity. *See Braziel v. Whitmer*, 1:21-cv-00960 (W.D. Mich. filed Nov. 10, 2021), ECF No. 130; *Grant v. Environ. Protection Agency*, 1:22-cv-00186 (W.D. Mich. filed Mar. 2, 2022), ECF No. 59; *Mitchell v. City of Benton Harbor*, 1:22-cv-00475 (W.D. Mich. filed May 27, 2022), ECF No. 71. Although the Court indicated that an omnibus motion should also be submitted as to any other issues appropriate for a motion to dismiss, the arguments presented in the present motion apply only to the *Grant* litigation.