## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 15, 2024

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

Re: Case No. 23-1954, *Daretha Braziel, et al v. Gretchen Whitmer, et al*
Originating Case No. 1:21-cv-00960

Dear Ms. Filkins,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Abby Hahn
for Jill Colyer, Case Management Specialist

cc: Mr. Mark P. Chalos
Mr. Carl Ray Edwards
Ms. Alice B. Jennings
Ms. Alexandra Markel
Ms. Annika K. Martin
Mr. Walter George Pelton
Mr. Thomas J. Rheaume Jr.

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-1954

_____

Filed: October 15, 2024

DARETHA BRAZIEL, individually and on behalf of themselves and all other similarly situated Plaintiff Residents of the City of Benton Harbor, Michigan, next friend of RB, next friend of DB, next friend of DR; KEESHA JONES, individually and on behalf of themselves and all other similarly situated Plaintiff Residents of the City of Benton Harbor, Michigan, next friend of KJ, next friend of DJ, next friend of TC, next friend of KB; IEASHA JONES, individually and on behalf of themselves and all other similarly situated Plaintiff Residents of the City of Benton Harbor, Michigan; MICHAEL D. BRIGHAM, individually and on behalf of themselves and all other similarly situated Plaintiff Residents of the City of Benton Harbor, Michigan; REBECCA BRANSCUMB, individually and on behalf of themselves and all other similarly situated Plaintiff Residents of the City of Benton Harbor, Michigan; STACEY BRANSCUMB, individually and on behalf of themselves and all other similarly situated Plaintiff Residents of the City of Benton Harbor, Michigan; EMMA KINNARD, individually and on behalf of themselves and all other similarly situated Plaintiff Residents of the City of Benton Harbor, Michigan

        Plaintiffs - Appellees

v.

GRETCHEN WHITMER, Governor, iindividually and in her official capacity; STATE OF MICHIGAN, Environment, Great Lakes & Energy; LIESL CLARK, Director, individually and in her official capacity; ERIC OSWALD, Drinking Water Unit Director, individually and in his official capacity; MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT GORDON, Director, in his individual and official capacity; ELIZABETH HERTEL, Director, in her individual and official capacity; DARWIN WATSON, City Manager, individually and in his official capacity; ELLIS MITCHELL, City Manager, individually and in his official capacity; BENTON HARBOR WATER DEPARTMENT; ELHORN ENGINEERING COMPANY; F&V OPERATIONS AND RESOURCE MANAGEMENT, INC.

        Defendants

 and

MARCUS MUHAMMAD, Mayor, individually and in his official capacity; MICHAEL O'MALLEY, Water Plant Operator, individually and in his official capacity; CITY OF BENTON HARBOR, MI, a Municipal Corporation, through the Benton Harbor Water Department

      Defendants - Appellants

## MANDATE

  Pursuant to the court's disposition that was filed 08/28/2024 the mandate for this case hereby issues today.

  COSTS:  None