# REPORT FOLLOWING
## VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:21-cv-00960 | Daretha Braziel, et. al. v. City of Benton Harbor, et. al. | 12/11/2024 |

**PARTIES**  Attendees

| Name | On Behalf Of |
|---|---|
| Alex Little | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Wilson Dunlavey | Plaintiff |
| Mark Chalos | Plaintiff |
| Carl Edwards | Plaintiff |
| Alice Jennings | Plaintiff |
| Melanie Daly | Plaintiff |
| Thomas Rheaume | Defendant |
| Alexandra Markel | Defendant |
| Sara Senia | Defendant |

Result:
☐ Case settled in full - Final paperwork will be filed: _____
☑ Mediation continuing - Date of Next Session <u>not yet determined</u>
☐ Not settled - Mediation Completed

Dated: December 17, 2024        By: /s/ Lee T. Silver
                                    Lee T. Silver
                                    Mediator