# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DARETHA BRAZIEL, *et al.*, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF BENTON HARBOR, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-00960-HYJ-PJG<br><br>Hon. Hala Y. Jarbou<br>Hon. Phillip J. Green<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANT MICHAEL O'MALLEY'S MOTION TO COMPEL FULL AND COMPLETE DISCOVERY RESPONSES FROM PLAINTIFFS

### ***ORAL ARGUMENT REQUESTED***

Defendant Michael O'Malley ("Mr. O'Malley") moves pursuant to Fed. R. Civ. P. 26, 33, 34, 36, and 37 for an order compelling Plaintiffs to provide full and complete responses to Defendant Michael O'Malley's First Set of Interrogatories, First Set of Requests for Admissions, First Set of Requests for Production of Documents, and Second Set of Requests for Production of Documents. Mr. O'Malley relies on the accompanying Brief in Support of this motion, which is being filed concomitantly and is incorporated herein by reference.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 26, 2025 | BODMAN PLC |
|  | By: */s/ J. Grant Semonin* |
|  | Thomas J. Rheaume, Jr. (P74422) |
|  | Alexandra C. Markel (P81705) |
|  | Walter G. Pelton (P84442) |
|  | J. Grant Semonin (P86855) |
|  | 6th Floor at Ford Field |
|  | 1901 St. Antoine Street |
|  | Detroit, Michigan 48226 |
|  | (313) 259-7777 |
|  | trheaume@bodmanlaw.com |
|  | amarkel@bodmanlaw.com |
|  | wpelton@bodmanlaw.com |
|  | gsemonin@bodmanlaw.com |
|  | *Attorneys for Defendant Michael O'Malley* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2025, the foregoing document was filed with the Clerk of the Court via the Court's e-filing system which will give notice of such filing to all counsel of record.

Respectfully submitted,

Dated: March 26, 2025                    BODMAN PLC

By: */s/ J. Grant Semonin*
    Thomas J. Rheaume, Jr. (P74422)
    Alexandra C. Markel (P81705)
    Walter G. Pelton (P84442)
    J. Grant Semonin (P86855)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777
trheaume@bodmanlaw.com
amarkel@bodmanlaw.com
wpelton@bodmanlaw.com
gsemonin@bodmanlaw.com
*Attorneys for Defendant Michael O'Malley*

4929-0992-4644_1