UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DARETHA BRAZIEL, *et al.*, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF BENTON HARBOR, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-00960-HYJ-PJG<br><br>Hon. Hala Y. Jarbou<br><br>Mag. Judge Phillip J. Green |

## STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF MICHAEL BRIGHAM

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Michael Brigham, by and through his counsel, hereby stipulates to voluntarily dismiss his claims in the above-captioned action without prejudice to his rights as an absent class member.

**IT IS HEREBY STIPULATED AND AGREED BY**:

Dated:  May 7, 2025

/s/ J. Grant Semonin
Alexandra Markel
Thomas Rheaume
Walter Pelton
**BODMAN PLC**
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, MI 48226
Telephone: 313.259.7777

*Attorneys for Defendants*

/s/ Mark P. Chalos
Mark P. Chalos
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Suite 1640
Nashville, TN 37201-2379
Telephone: 615.313.9000

Amelia A. Haselkorn
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

3234286.1

Facsimile: 415.956.1008
ahaselkorn@lchb.com

Annika K. Martin
Wilson Dunlavey
Wesley Dozier
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592
akmartin@lchb.com
wdunlavey@lchb.com
wdozier@lchb.com

Alice B. Jennings (P29064)
Carl R. Edwards (P24952)
**EDWARDS & JENNINGS, P.C.**
3031 West Grand Blvd., Suite 435
Detroit, MI 48202
Telephone: 313.915.3475
Facsimile: 313.961.5000
ajennings@edwardsjennings.com
cedwards@edwardsjennings.com

Stuart C. Talley
**KERSHAW TALLEY & BARLOW P.C.**
401 Watt Ave. #1
Sacramento, CA 95864
Telephone: (916) 520-6639
stuart@ktblegal.com

*Attorneys for Plaintiffs and the Proposed Class*

\*\*\*

**SO ORDERED:**

By:_____    Date:_____
   JUDGE HALA Y. JARBOU
   MAG. JUDGE PHILLIP J. GREEN

3234286.1