# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DARETHA BRAZIEL, *et al.*, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF BENTON HARBOR, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-00960-HYJ-PJG<br><br>Hon. Hala Y. Jarbou<br><br>Mag. Judge Phillip J. Green |

## STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF IEASHA JONES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ieasha Jones, by and through her counsel, hereby stipulates to voluntarily dismiss her claims in the above-captioned action without prejudice to her rights as an absent class member.

**IT IS HEREBY STIPULATED AND AGREED BY**:

Dated:  June 12, 2025

/s/ Alexandra Markel
Alexandra Markel
Thomas Rheaume
Walter Pelton
**BODMAN PLC**
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, MI 48226
Telephone: 313.259.7777

*Attorneys for Defendants*

/s/ Mark P. Chalos
Mark P. Chalos
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Suite 1640
Nashville, TN 37201-2379
Telephone: 615.313.9000

Amelia A. Haselkorn
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

3256127.1

Facsimile: 415.956.1008
ahaselkorn@lchb.com

Annika K. Martin
Wilson Dunlavey
Wesley Dozier
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592
akmartin@lchb.com
wdunlavey@lchb.com
wdozier@lchb.com

Alice B. Jennings (P29064)
Carl R. Edwards (P24952)
**EDWARDS & JENNINGS, P.C.**
3031 West Grand Blvd., Suite 435
Detroit, MI 48202
Telephone: 313.915.3475
Facsimile: 313.961.5000
ajennings@edwardsjennings.com
cedwards@edwardsjennings.com

Stuart C. Talley
**KERSHAW TALLEY & BARLOW P.C.**
401 Watt Ave. #1
Sacramento, CA 95864
Telephone: (916) 520-6639
stuart@ktblegal.com

*Attorneys for Plaintiffs and the Proposed Class*

***

**SO ORDERED:**

By:_____                 Date:_____
    JUDGE HALA Y. JARBOU
    MAG. JUDGE PHILLIP J. GREEN

3256127.1