# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DARETHA BRAZIEL, *et al.*, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF BENTON HARBOR, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-00960-HYJ-PJG<br><br>Hon. Hala Y. Jarbou<br><br>Mag. Judge Phillip J. Green |

### STIPULATION AND ORDER TO EXTEND EXPERT REBUTTAL DEADLINE BY FOUR DAYS

The Case Management Order (Dkt. 210) sets the disclosure of expert rebuttal rebuts on June 16, 2025. Plaintiffs and Defendant, by and through their counsel, hereby stipulate to extend that deadline four days to June 20, 2025, to accommodate an illness. No other deadlines will be extended or impacted by moving this deadline four days.

**IT IS HEREBY STIPULATED AND AGREED BY**:

Dated:  June 12, 2025

| | |
|---|---|
| */s/ Alexandra Markel*<br>Alexandra Markel<br>Thomas Rheaume<br>Walter Pelton<br>**BODMAN PLC**<br>1901 St. Antoine Street<br>6th Floor at Ford Field<br>Detroit, MI 48226<br>Telephone: 313.259.7777<br><br>*Attorneys for Defendants* | */s/ Mark P. Chalos*<br>Mark P. Chalos<br>**LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP**<br>222 2nd Avenue South, Suite 1640<br>Nashville, TN 37201-2379<br>Telephone: 615.313.9000<br><br>Amelia A. Haselkorn<br>**LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor |

        San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
ahaselkorn@lchb.com

Annika K. Martin
Wilson Dunlavey
Wesley Dozier
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592
akmartin@lchb.com
wdunlavey@lchb.com
wdozier@lchb.com

Alice B. Jennings (P29064)
Carl R. Edwards (P24952)
**EDWARDS & JENNINGS, P.C.**
3031 West Grand Blvd., Suite 435
Detroit, MI 48202
Telephone: 313.915.3475
Facsimile: 313.961.5000
ajennings@edwardsjennings.com
cedwards@edwardsjennings.com

Stuart C. Talley
**KERSHAW TALLEY & BARLOW P.C.**
401 Watt Ave. #1
Sacramento, CA 95864
Telephone: (916) 520-6639
stuart@ktblegal.com

*Attorneys for Plaintiffs and the Proposed Class*

\*\*\*

**SO ORDERED:**

By: /s/ Hala Y. Jarbou                 Date: June 16, 2025
    HALA Y. JARBOU
    Chief United States District Judge