UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DARETHA BRAZIEL, *et al.*, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF BENTON HARBOR, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-00960-HYJ-PJG<br><br>Hon. Hala Y. Jarbou<br><br>Hon. Phillip J. Green |

**JOINT MOTION AND [PROPOSED] ORDER TO STAY CASE IN VIEW OF SETTLEMENT AGREEMENT IN PRINCIPLE**

The parties, by and through their undersigned counsel, jointly notify the Court pursuant to Local Rule 40.3 that they have reached an agreement in principle to resolve this action, and are drafting a formal settlement document and related materials diligently.  In light of the foregoing, the parties hereby file this Joint Motion to Stay all proceedings and deadlines pending execution of the written settlement agreement ("Joint Motion"), and in support state as follows:

1.  On November 14, 2024, this Court entered its Case Management Order ("CMO"). (ECF No. 210).

2.  In accordance with the CMO, the parties participated in mediation with Mediator Lee Silver on August 13, 2025.

3.  Following mediation, the parties exchanged numerous correspondences resulting in a settlement-in-principle, as evidenced by a Term Sheet outlining the terms of the settlement.

4. On September 15, 2025, the Benton Harbor City Commission approved the settlement-in-principle.  Plaintiffs have similarly agreed to said terms.  Counsel has been directed by their respective clients to draft settlement papers consistent with the material terms to which they have agreed.

5. Given that the parties have agreed to a settlement in principle, the parties request this Court stay all proceedings and deadlines to allow the parties to finalize their negotiated resolution of the present dispute.  This would both preserve judicial resources and avoid the expenditure of unnecessary fees and costs.

6. Plaintiffs intend to file a motion for preliminary approval by October 30, 2025.  Should that change, the parties will timely apprise the Court.

7. This Motion is made jointly, in good faith and is not for the purposes of delay.

WHEREFORE, the parties, and through their undersigned counsel, respectfully request that this Honorable Court enter their proposed Order to stay the case in view of settlement agreement in principle.

Respectfully submitted,

BODMAN PLC

By: */s/ J. Grant Semonin*
    Thomas J. Rheaume, Jr. (P74422)
    Alexandra C. Markel (P81705)
    J. Grant Semonin (P86855)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777
trheaume@bodmanlaw.com
amarkel@bodmanlaw.com
gsemonin@bodmanlaw.com
*Attorneys for Defendant Michael O'Malley*

September 18, 2025

4912-9730-0073_3

                                        LIEFF CABRASER HEIMANN & BERNSTEIN LLP

                                        By: */s/ Wilson M. Dunlavey (w/ permission)*
                                                Wilson M. Dunlavey
                                        250 Hudson Street, 8th Floor
                                        New York, NY 10013
                                        (212) 355-9500
                                        *Attorneys for Plaintiffs and Proposed Class*

September 18, 2025