# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DARETHA BRAZIEL, *et al.*, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>THE CITY OF BENTON HARBOR, *et al.*,<br><br>   Defendants. | Case No.: 1:21-cv-00960-HYJ-PJG<br><br>Hon. Hala Y. Jarbou<br>Hon. Phillip J. Green<br><br>**PLAINTIFFS' FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

3379517.1

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Daretha Braziel, individually and as next friend for minor D.R.; Ro'Nesha Braziel; Deanna Braziel; Keesha Jones, individually and as next friend for minors K.B., D.J., T.C., T.M.C; Kendasha Bates; Stacey Branscumb; and Emma Kinnard ("Plaintiffs") will and hereby do move for an order under Rule 23(e) of the Federal Rule of Civil Procedure granting Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement,[1] and:

1. Granting preliminary approval of the proposed Agreement entered between the parties, and plaintiffs in *A.M. et al., v. City of Benton Harbor, et al.*, No. 1:22-cv-00475 (HYJ-PJG) ("Individual *Mitchell* Plaintiffs");

2. Determining that the Court, at the final approval stage, will likely certify the Settlement Class as defined in the Agreement;

3. Appointing Plaintiffs as Class Representatives of the proposed Settlement Class;

4. Appointing Wilson Dunlavey, Mark Chalos, and Annika Martin of Lieff Cabraser, Carl Edwards and Alice Jennings of Edwards & Jennings, P.C., and Stuart Talley of Kershaw Talley Barlow as Interim Class Counsel for the Settlement Class;

5. Approving the parties' proposed Notice Plan outlined herein, including the proposed Long-Form Notice, Postcard Notice, and Media Notice, and directing that the notice be disseminated pursuant to the Notice Plan;[2]

6. Appointing Epiq as the Notice Administrator, and directing that it carry out the duties and responsibilities of the Notice Administrator specified in the Agreement; and

7. Setting a Fairness Hearing and certain other dates in connection with the final approval of the Agreement.

This Motion is based on this Notice of Motion and Motion; the accompanying Brief in support thereof; the Declaration of Plaintiffs' Counsel Mark P. Chalos in Support of Preliminary

---

[1] All capitalized terms shall have the same meaning as in the Covenant Not to Execute and Assignment of Rights and Claims ("Agreement"), attached as Exhibit A to the Declaration of Mark P. Chalos in Support of Preliminary Approval of Class Action Settlement ("Chalos Decl.").

[2] *See* Declaration of Cam Azari, Esq. Regarding Notice Program and proposed notices attached as Exhibits 1 (Postcard Notice) and 2 (Long-Form Notice).

1

Approval of Class Action Settlement, with supporting exhibits; the Declaration of Plaintiff expert Colin Loveness in Support of Preliminary Settlement Approval; the Declaration Cam Azari, Esq. Regarding Notice Program, with supporting exhibits; the Declaration of Michele Fuller; the arguments of counsel, all papers and records on file in this matter; and such other matters as the Court may consider.

Dated: December 18, 2025

Respectfully submitted,

*/s/ Mark Chalos*
Mark P. Chalos
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Suite 1640
Nashville, TN 37201-2379
Telephone: 615.313.9000

Annika K. Martin
Wilson Dunlavey
Wesley Dozier
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592
akmartin@lchb.com
wdunlavey@lchb.com
wdozier@lchb.com

Amelia A. Haselkorn
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
ahaselkorn@lchb.com

Alice B. Jennings (P29064)
Carl R. Edwards (P24952)
**EDWARDS & JENNINGS, P.C.**
3031 West Grand Blvd., Suite 435

2

Detroit, MI 48202
Telephone: 313.915.3475
Facsimile: 313.961.5000
ajennings@edwardsjennings.com
cedwards@edwardsjennings.com

Stuart C. Talley
Jack R. Davis
**KERSHAW TALLEY & BARLOW P.C.**
401 Watt Ave. #1
Sacramento, CA 95864
Telephone: (916) 520-6639
stuart@ktblegal.com
jack@ktblegal.com

*Attorneys for Plaintiffs and the Proposed Class*