UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARETHA BRAZIEL, et al.,

    Plaintiffs,

v.

CITY OF BENTON HARBOR, et al.,

    Defendants.
_____/

Case No. 1:21-cv-960

Hon. Hala Y. Jarbou

## ORDER

On September 18, 2025, this Court issued an order staying the case pending settlement. (ECF No. 309.) On December 18, 2025, Plaintiffs filed their unopposed motion for preliminary approval of class action settlement (ECF No. 319).

Accordingly,

**IT IS ORDERED** that the stay in this case is **LIFTED**.

**IT IS FURTHER ORDERED** that all remaining dates are **ADJOURNED** without date.

Dated: December 22, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE