### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

DARETHA BRAZIEL, et al.,

      Plaintiffs,

                        Case No. 1:21-cv-960

v.

                        Hon. Hala Y. Jarbou

CITY OF BENTON HARBOR, et al.

      Defendants.

_____/

IESHA MITCHELL, et al.,

      Plaintiffs,

                        Case No. 1:22-cv-475

v.

                        Hon. Hala Y. Jarbou

CITY OF BENTON HARBOR, et al.,

      Defendants.

_____/

CITY OF BENTON HARBOR,

      Plaintiff,

                        Case No. 1:25-cv-861

v.

                        Hon. Hala Y. Jarbou

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT,
et al.,

      Defendants.

_____/

### **MINUTES**

| DATE | TIME (begin/end) | PLACE | JUDGE |
|------|------------------|-------|-------|
| 1/20/2026 | 1:45PM – 2:30 PM | Lansing | Hala Y. Jarbou |

## **APPEARANCES**

PLAINTIFF(S):
Mark P. Chalos                   (*Braziel* Plaintiffs)
Annika K. Martin                 (*Braziel* Plaintiffs)
Wilson M. Dunlavey          (*Braziel* Plaintiffs)
Carl Edwards                      (*Braziel* Plaintiffs)

James Buster                      (*Mitchell* Plaintiffs)


DEFENDANT(S):
Thomas J. Rheaume, Jr.      (City of Benton Harbor and Michael O'Malley)

Danielle Rose Chidiac        (Travelers entities)


## **PROCEEDINGS**

NATURE OF HEARING:
Motion hearing held regarding Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 319) in the consolidated cases *Braziel, et al. v. Whitmer, et al.*, Case No. 1:21-cv-960, and *Mitchell, et al. v. City of Benton Harbor, et al.*, Case No. 1:22-cv-475; motion granted; order to issue.


COURT REPORTER:   Stefanie Pohl_____                     _____/s/ A. Seymore_____
                                                                                                CASE MANAGER

2