UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARETHA BRAZIEL, et al.,

       Plaintiffs,                        Case No. 1:21–cv–00960–HYJ–PJG

v.                                    Hon. Hala Y. Jarbou

MICHAEL O'MALLEY,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Omnibus Hearing |
| Date/Time: | June 17, 2026   10:30 AM<br>*(previously set for May 21, 2026 at 11:00 AM)* |
| Chief Judge: | Hala Y. Jarbou |
| Place/Location: | 128 Federal Building, Lansing, MI |

*Fairness Hearing.*

                                                      HALA Y. JARBOU
                                                      Chief United States District Judge

Dated:  January 22, 2026        By:   /s/ A. Seymore_____
                                                      Case Manager