UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DARETHA BRAZIEL, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

    Defendants.

_____/

Case No. 1:21-cv-960

Hon. Hala Y. Jarbou

IESHA MITCHELL, et al.,

    Plaintiffs,

v.

CITY OF BENTON HARBOR, et al.,

    Defendants.

_____/

Case No. 1:22-cv-475

Hon. Hala Y. Jarbou

## ORDER

Having reviewed the unopposed motion for approval of settlement by the plaintiffs in *Mitchell v. City of Benton Harbor*, No. 1:22-cv-475 (W.D. Mich), the Court finds that the settlement agreement is fair and in the best interests of the minors and legally incompetent or incapacitated individuals. Accordingly,

**IT IS ORDERED** that the motion for approval (ECF No. 165)[1] is **GRANTED**.

Dated: February 6, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This is a consolidated action. The Court refers to the ECF number in *Mitchell v. City of Benton Harbor*, No. 1:22-cv-475 (W.D. Mich.).